John H. STEPHENSON, Appellant

v.

GAME SHOW NETWORK, LLC,
WorldWinner.com,
Appellees.

No. 2015–1359.

United States Court of Appeals,
Federal Circuit.

Dec. 15, 2015.

Daniel W. McDonald, Merchant & Gould P.C., Minneapolis, MN, argued for appellant. Also represented by Rachel C. Hughey, Robert A. Kalinsky, Thomas J. Leach, III.

Brenton R. Babcock, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for appellees. Also represented by Edward M. Cannon.

O'MALLEY, PLAGER, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**